B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Maryland

In re: **Kevin Lynn Carrion**
**Karen Elizabeth Carrion**
Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

B8 (Form 8) (12/08) Page 2

### Property No. 1

| **Creditor's Name:**<br>Capital One N.A.(v) | **Describe Property Securing Debt:**<br>7923 Mandan Rd. #T2, Greenbelt MD 20770 |
|---|---|

Property will be (check one):
■ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt   ■ Not claimed as exempt

### Property No. 2

| **Creditor's Name:**<br>Council of Unit Owners | **Describe Property Securing Debt:**<br>7923 Mandan Rd. #T2, Greenbelt MD 20770 |
|---|---|

Property will be (check one):
■ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt   ■ Not claimed as exempt

### Property No. 3

| **Creditor's Name:**<br>Council of Unit Owners | **Describe Property Securing Debt:**<br>7923 Mandan Rd. #T2, Greenbelt MD 20770 |
|---|---|

Property will be (check one):
■ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt   ■ Not claimed as exempt

### Property No. 4

| **Creditor's Name:**<br>Council of Unit Owners | **Describe Property Securing Debt:**<br>7923 Mandan Rd. #T2, Greenbelt MD 20770 |
|---|---|

B8 (Form 8) (12/08) Page 3

Property will be (check one):
■ Surrendered            □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt            ■ Not claimed as exempt

Property No. 5

| **Creditor's Name:**<br>Court Jdgmt. Enforcement | **Describe Property Securing Debt:**<br>7923 Mandan Rd. #T2, Greenbelt MD 20770 |
|---|---|

Property will be (check one):
■ Surrendered            □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt            ■ Not claimed as exempt

Property No. 6

| **Creditor's Name:**<br>Freedom Road Financial | **Describe Property Securing Debt:**<br>2013 Ducati Daivel<br>Location: 7923 Mandan Rd. #T2, Greenbelt MD 20770 |
|---|---|

Property will be (check one):
□ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
■ Reaffirm the debt
■ Other.  Explain  **Debtor Will Retain Collateral and Continue to Make Regular Payments**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt            ■ Not claimed as exempt

Property No. 7

| **Creditor's Name:**<br>Lanham Ford | **Describe Property Securing Debt:**<br>7923 Mandan Rd. #T2, Greenbelt MD 20770 |
|---|---|

B8 (Form 8) (12/08) Page 4

| Property will be (check one): | |
|---|---|
| ■ Surrendered | ☐ Retained |

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
| ☐ Claimed as Exempt | ■ Not claimed as exempt |
|---|---|

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>Ocwen Loan Servicing | **Describe Property Securing Debt:**<br>7923 Mandan Rd. #T2, Greenbelt MD 20770 |

| Property will be (check one): | |
|---|---|
| ■ Surrendered | ☐ Retained |

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
| ☐ Claimed as Exempt | ■ Not claimed as exempt |
|---|---|

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>State of Maryland CCU | **Describe Property Securing Debt:**<br>7923 Mandan Rd. #T2, Greenbelt MD 20770 |

| Property will be (check one): | |
|---|---|
| ■ Surrendered | ☐ Retained |

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
| ☐ Claimed as Exempt | ■ Not claimed as exempt |
|---|---|

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES   ☐ NO |

B8 (Form 8) (12/08)     Page 5

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **May 30, 2014**     Signature **/s/ Kevin Lynn Carrion**
                                                                                                                  **Kevin Lynn Carrion**
                                                                                                                   Debtor

Date **May 30, 2014**     Signature **/s/ Karen Elizabeth Carrion**
                                                                                                                  **Karen Elizabeth Carrion**
                                                                                                                    Joint Debtor