# United States Bankruptcy Court
## District of Maryland

In re   **Kevin Lynn Carrion**
      **Karen Elizabeth Carrion**                            Case No.   **14-18894**

Debtor(s)            Chapter   **7**

## DEBTOR'S REBUTTAL OF PRESUMPTION OF ABUSE

I (We), the undersigned debtor(s) herein, declare that the following special circumstances are applicable to my (our) financial situation, and justify an adjustment to my (our) income and expenses, and justify the reasons for filing a Chapter 7.

### Adjustments to Current Monthly Income:

| | |
|---|---:|
| **Debtor, Kevin Lynn Carrion's, Monthly income has decreased to $1,638.00 per month due to unemployment. Debtor has been unemployed since March 2014 and is currently still unemployed. Documentation Attached.** | **-$2,034.80** |
| Total Special Circumstances Adjustment to Current Monthly Income: | **-$2,034.80** |

### Adjustments to Monthly Allowed Expenses:

| | |
|---|---:|
| Total Special Circumstances Adjustment to Monthly Allowed Expenses: | |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date   **June 4, 2014**         Signature   **/s/ Kevin Lynn Carrion**
                                             **Kevin Lynn Carrion**
                                             Debtor

Date   **June 4, 2014**         Signature   **/s/ Karen Elizabeth Carrion**
                                             **Karen Elizabeth Carrion**
                                             Joint Debtor

# United States Bankruptcy Court
## District of Maryland

In re    **Kevin Lynn Carrion**    **Karen Elizabeth Carrion**        Case No.    **14-18894**

                                                     Debtor(s)        Chapter    **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **June 9, 2014**, a copy of Rebuttal of Presumption of Abuse  was served electronically or by regular United States mail to all interested parties, the Chapter 7 Trustee and the Office of the U.S. Trustee, Greenbelt Division.

/s/ L. Jeanette Rice Esq.

**L. Jeanette Rice Esq. 12933**
**Walsh, Becker, Moody & Rice**
**14300 Gallant Fox Lane**
**Suite 218**
**Bowie, MD 20715**
**301-262-6000Fax:301-262-4403**
**riceesq@att.net**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy



# VIRGINIA EMPLOYMENT COMMISSION
### P.O. BOX 1358
### RICHMOND, VIRGINIA 23218-1358

## MONETARY DETERMINATION

KEVIN L CARRION
7923 MANDAN ROAD
T2
GREENBELT      MD    20770

| | |
|---|---|
| EFFECTIVE DATE | 03/09/14 |
| BENEFIT YEAR ENDING DATE | 03/07/15 |
| LOCAL OFFICE NUMBER | 111 |
| SOCIAL SECURITY NUMBER | ***-**-3412 |

| | | | |
|---|---|---|---|
| WEEKLY BENEFIT AMOUNT | 378.00 | DATE PROCESSED/MAILED | 03/11/14 |
| WEEKS DURATION | 26 | **REGULAR BASE PERIOD** | |
| MAXIMUM BENEFIT AMOUNT | 9,828.00 | PROGRAM | 01 UI |

EARNINGS RECORD DURING BASE PERIOD
Base period:    10/01/12  through  09/30/13

| EMPLOYER | EMPLOYER SERIAL NO. | 2013 JAN-MAR WAGES | 2013 APR-JUN WAGES | 2013 JUL-SEP WAGES | 2012 OCT-DEC WAGES |
|---|---|---|---|---|---|
| EVOKE RESEARCH & CONSULTI | 8912165 | 20,416.34 | 20,329.68 | 20,119.58 | |
| TOTAL WAGES | 60,865.60 | 20,416.34 | 20,329.68 | 20,119.58 | |

DETERMINATION BY DEPUTY   VEC673
IF YOU WISH TO CANCEL THIS CLAIM, YOUR REQUEST MUST BE MADE BEFORE THE FINAL DATE OF APPEAL SHOWN BELOW.
FINAL DATE FOR APPEAL FROM THIS DETERMINATION IS  04/10/14

## SEE REVERSE SIDE FOR APPEAL RIGHTS
An Equal Opportunity / Affirmative Action Employer

BP4081

V-0B30 (R 08/2010)