

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   14–18894 – TJC   Chapter:   7**

| Kevin Lynn Carrion | Karen Elizabeth Carrion |
|---|---|
| 7923 Mandan Rd. #T2 | 7923 Mandan Rd. #T2 |
| Greenbelt, MD 20770 | Greenbelt, MD 20770 |

## ORDER DECLINING TO APPROVE REAFFIRMATION AGREEMENT AND FINDING AND CONCLUDING THAT SECTIONS 362(h), 521(a)(6) AND 521(d) DO NOT APPLY

   Before the Court for approval is Debtor's Reaffirmation Agreement, Document Number 21, with FreedomRoad Financial c/o Capital Recovery–920016 (hereafter "Lender"), according to which Debtor seeks to reaffirm a debt secured by a vehicle. At a hearing held on August 7, 2014, the Court ruled from the bench that it would disapprove the Reaffirmation Agreement because it imposed an undue hardship on the Debtor. For the reasons stated on the record, pursuant to *In re Chim*, 381 B.R. 191 (Bankr. D. Md. 2008), it is, by the United States Bankruptcy Court for the District of Maryland, hereby

   ORDERED, that the Reaffirmation Agreement entered into between the Debtor and Lender filed with the Court on July 15, 2014 is hereby disapproved; and it is further

   ORDERED, that the Debtor has complied with the requirements of 11 U.S.C. § 521(a)(2) by timely stating his/her intention to reaffirm the loan and by timely entering into the Reaffirmation Agreement with the Lender; and it is further

   ORDERED, that the provisions of 11 U.S.C. § 362(h), 521(a)(6) and 521(d) do not apply, the vehicle remains property of the estate, the automatic stay remains in place with respect to the vehicle until such time as the stay terminates under 11 U.S.C. § 362(c) or (d), the Debtor is not obligated to turn over possession of the vehicle to the Lender, and the Lender may not exercise remedies as a result of default under any ipso facto clause contained in the loan agreement.

   cc:   Debtor(s)
         Attorney for Debtor(s) – L. Jeanette Rice
         Chapter 7 Trustee – Janet M. Nesse
         Reaffirmation Agreement Creditor – FreedomRoad Financial c/o Capital Recovery–920016

## End of Order

34.8 – *rhester*